JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | Case No. CV 19-1228 AG(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, | |
| Respondent | |

Pursuant to this Court's Order Dismissing Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: June 19, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE